ROGER L. GRANDGENETT II, ESQ., Bar # 6323
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC.,<br><br>Defendant. | Case No. 2:17-cv-00558-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, KEVIN ZIMMERMAN and Defendant, ROSS DRESS FOR LESS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: June 20, 2017

Respectfully submitted,

/s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: June 20, 2017

Respectfully submitted,

/s/ *Timothy W. Roehrs*
ROGER L. GRANDGENETT II, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this 21 day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:148328860.1 022233.2477

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800